# LAW OFFICES OF GIOVANNI ROSANIA

**Main Office:**
626 RXR Plaza
Uniondale, New York 11556
OFFICE:  (516) 522-2636
FAX:  (631) 207-8410
EMAIL:  pacelaw06@aol.com

901 Sheridan Avenue
Suite 201
Bronx, New York 10451
OFFICE:  (718) 709-7126
FAX:  (631) 207-8410
www.gio4justice.com

February 18, 2015

*Via ECF*

The Honorable Nelson S. Roman
United States District Judge
United States District Court – Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**Re:**   **United States v. Lakuan Rhyne, et al. (Johnson Vaniyapurakal)**
          **Case No. 15-Cr-0005 (NSR)**

Dear Judge Roman:

    I am writing to inform the Court that I have been retained to represent Johnson Vaniyapurakal in the above-referenced matter.  I respectfully request that the Court permit me to substitute as counsel.

    I will be filing an electronic notice of appearance separately.

    Thank you for your time and attention in this matter.

    Very truly yours,

    /s/ Giovanni Rosania
    Giovanni Rosania, Esq.

cc:   AUSA Michael Gerber (Via ECF)

    Jeffery Greco, Esq. (Via ECF)